UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BENFORD HESTER, an individual, | 2:11-CV-00759-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL #357, | |
| Defendants. | |

The Court having read and considered Defendant's Motion to Dismiss (Doc. #7) filed July 6, 2011, Plaintiff's Response in Opposition thereto (Doc. #10) filed August 1, 2011 and Defendant's Reply (Doc. #15) filed August 18, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion to Dismiss (Doc. #7) is **DENIED**.

DATED: August 23, 2011.

_____
PHILIP M. PRO
United States District Judge