UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BENFORD HESTER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL #357,<br><br>    Defendants. | 2:11-CV-00759-PMP-RJJ<br><br>**ORDER** |

**IT IS ORDERED that** Defendant's fully briefed Motion for Summary Judgment (Doc. #28) is **DENIED**.

**IT IS FURTHER ORDERED that** the Parties shall file a joint pretrial order in this case not later than **August 2, 2012**.

DATED: July 3, 2012.

_____

PHILIP M. PRO
United States District Judge