# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENFORD HESTER, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:11-cv-00759-PMP-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, LOCAL #357, et. al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff Benford Hester's Request to Appear By Telephone/Videoconference at Settlement Conference (#48), filed on September 11, 2012. Plaintiff requests an exception to the personal attendance requirement at the October 23, 2012 settlement conference in an effort to avoid incurring travel costs that could be an obstacle to settlement.  After review, the Court finds that Plaintiff has not demonstrated good cause for the requested relief and, therefore, he is required to personally attend the settlement conference. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Benford Hester's Request to Appear By Telephone/Videoconference at Settlement Conference (#48) is **denied**.

DATED this 12th day of September, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**